Nov 28 07 04:27p

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RICHARD COLLINS,

           Plaintiff,

   - against -

CIGNA GROUP INSURANCE and CIGNA LIFE
INSURANCE COMPANY OF NEW YORK,

           Defendants.
------------------------------------x

07-Civ-8829 (NRB)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/07

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant CIGNA Life Insurance Company of New York's time to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned action is extended to and including December 21, 2007.

    IT IS FURTHER STIPULATED AND AGREED that Defendant will not raise any personal jurisdiction defenses.

Dated: White Plains, New York
       November 27, 2007

By: _____
Matthew D. Donovan (MD-2940)
Wilson Elser LLP
*Attorneys for Defendants*
3 Gannett Drive
White Plains, NY 10604
Phone (914) 323-7000
Facsimile (914) 323-7001

By: _____
Daniel M. Bauso, Esq. (9566)
Attorney for Plaintiff
80-02 Kew Gardens Road
Suite 703
Kew Gardens, NY 11415
Phone (718) 793-3100
Facsimile (718) 793-2164

1822598.1

RECEIVED TIME NOV. 28. 3:10PM

*So Ordered*
12/3/07