UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RICHARD COLLINS, :

                Plaintiff,    :     07 Civ. 8829 (NRB) (GWG)

       - against -    :

                               **Notice of Appearance**

CIGNA LIFE INSURANCE COMPANY OF NEW    :
YORK,
                           :

                Defendant.
                           :

------------------------------------- x

      PLEASE TAKE NOTICE that defendant CIGNA Life Insurance Company of New York hereby appears in the above-captioned action by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and demands that all pleadings, notices, motions, and legal documents served in connection with this action be served upon counsel.

Dated :     White Plains, New York
                January 31, 2008

                                        CIGNA LIFE INSURANCE COMPANY
                                        OF NEW YORK

                                        By:   s/Fred N. Knopf_____

                                            Fred N. Knopf (FNK 4625)
                                            WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
                                            3 Gannett Drive
                                            White Plains, NY 10604
                                            Telephone: (914) 323-7000

1868961.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Fred N. Knopf
Fred N. Knopf (FNK 4625)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001

1868961.1