UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD COLLINS,                                         :

                          Plaintiff,          :     07 Civ. 8829 (NRB) (GWG)

            - against -                          :
                                                      **Notice of Appearance**

CIGNA LIFE INSURANCE COMPANY OF NEW     :
YORK,
                                                      :

                        Defendant.         :

                                                      :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that defendant CIGNA Life Insurance Company of New York hereby appears in the above-captioned action by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and demands that all pleadings, notices, motions, and legal documents served in connection with this action be served upon counsel.

Dated :     White Plains, New York
              January 31, 2008

                                          CIGNA LIFE INSURANCE COMPANY
                                          OF NEW YORK

                                        By: __/s/Matthew D. Donovan_____

                                              Matthew D. Donovan (MD 2940)
                                              WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP
                                              3 Gannett Drive
                                              White Plains, NY 10604
                                              Telephone: (914) 323-7000

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew D. Donovan
Fred N. Knopf (MD 2940)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001

1873599.1