UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD COLLINS,                                    :

                    Plaintiff,        :        07-Civ-8829 (NRB) (GWG)

        - against -                        :

CIGNA LIFE INSURANCE COMPANY OF NEW        :        **RULE 7.1 STATEMENT**
YORK,
                                 :

              Defendants.        :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant CIGNA Life Insurance Company of New York (CLICNY) certifies the following:

CLICNY is a wholly owned subsidiary of Connecticut General Corporation, which is a

wholly owned subsidiary of CIGNA Holdings.  CIGNA Holdings is a wholly owned subsidiary

of CIGNA Corporation.

Dated:    White Plains, New York
          February 6, 2008

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By:        /s/ Matthew D. Donovan
                        Matthew D. Donovan (MD 2940)
                        Fred. N. Knopf (FNK 4625)
                        3 Gannett Drive
                        White Plains, NY 10604
                        Phone (914) 323-7000
                        Facsimile (914) 323-7001

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew D. Donovan_____
Matthew D. Donovan (MD 2940)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001