```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RICHARD COLLINS,

                    Plaintiff,
                                              O R D E R
        - against -
                                              07 Civ. 8829 (NRB)
CIGNA INSURANCE COMPANY OF NEW
YORK, AND CIGNA GROUP INSURANCE,

                    Defendants.
------------------------------------X
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
```



It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         February 28, 2008

                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE